# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-199-12** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **SANDRA COLLAZA-MEDINA** | : | |

## O R D E R

AND NOW, this 1st day of May, 2007, upon consideration of Defendant's Unopposed Motion to Amend Order Setting Conditions of Release (Doc. 397), it is hereby ORDERED that effective immediately Defendant Sandra Collazo-Medina and her children are allowed to visit with the children's father, Co-Defendant Edwin Lugo-Gonzalez.  All other conditions of Defendant Sandra Collazo-Medina's release remain in effect.

      S/ Christopher C. Conner  
      CHRISTOPHER C. CONNER  
      United States District Judge