**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-199** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **SANDRA COLLAZO-MEDINA** | : | |

## <u>ORDER</u>

Upon motion (Doc. 726) by the Government to dismiss the forfeiture allegation from the Superseding felony Information,

IT IS HEREBY ORDERED that all references to $9,370.00 in United States Currency and jewelry valued at $14,045.00 are hereby stricken from the Superseding felony Information.

       S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Date:      June 4, 2008